stein, as administrator, against the Union Railway Company of New York. B. H. Ames, for appellant. M. Hillquist, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event. unless plaintiff stipulates to reduce judgment as entered, including interest, costs, etc., to $1,874.31; in which event judgment as so modified and order affirmed, without costs.

CORNWELL, Respondent, v. EAST ROCK-AWAY FIRE DEPARTMENT, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Dirce Cornwell, by Frank W. Cornwell, her guardian ad litem, against the East Rockaway Fire Department. No opinion. The motion to set aside the nominal verdict, made on behalf of the defendant, was an inadvertence and unauthorized. The order is reversed, with $10 costs and disbursements, and the motion granted, without costs; this without prejudice to the right of the plaintiff to move for a new trial upon the minutes, if so advised.

COX, Appellant, v. CLARKE et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Fred H. Cox against Charles E. Clarke and C. Stein. F. H. Cox, in pro. per. C. Stein, for respondents. No opinion. Order affirmed, with $10 costs and 'disbursements.

CRAWFORD, Respondent, v. MANGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Harry S. Crawford against Philip Manger and Augusta Manger. No opinion. Judgment of the Municipal Court affirmed, with costs.

CROWLEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by George R. Crowley against the city of New York. No opinion. Judgment affirmed, with costs.

CULLEN, Respondent, v. UPTEGROVE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by John J. Cullen against William E. Uptegrove and another. No opinon. Order affirmed, without costs.

CULLINAN, Respondent, v. SITAS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Patrick W. Cullinan against Elizabeth Sitas and others. F. W. Buermeyer, for appellants. H. H. Kellogg, for respondent. No opinion. Order affirmed with costs.

CUMMINGS, Appellant, v. LADIES' CATHOLIC BENEV. ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by Mary Cummings against the Ladies' Catholic Benevolent Association. No opinion. Judgment affirmed, with costs.

CUSHMAN & DENNISON MFG. CO., Appellant, v. CLIPPER MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by the Cushman & Dennison Manufacturing Company against the Clipper Manufacturing Company. C. A. Collin, for appellant. O. W. Jeffery, for respondent. No opinion. Judgment and order affirmed, with costs.

DALEY, Respondent, v. RATIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Marion Daley, an infant, etc., by her guardian ad litem, against Dennis Ratigan. No opinion. Judgment and order unanimously affirmed, with costs.

DALY, Respondent, v. KISTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Esther E. Daly against Frederick W. Kister. No opinion. Judgment of the Municipal Court affirmed, with costs.

DALY, Appellant, v. REINELDT et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by John W. Daly against Paul F. Reineldt and others. No opinion. Motion to resettle and amend order granted, to the extent of inserting a provision that the decision was made upon the facts as well as upon the law.

DAVISON, Appellant, v. WELLS, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Charles G. Davison, as receiver, etc., against J. Sheridan Wells, as sheriff of Suffolk county. No opinion. Motion for reargument granted, and motion to dismiss appeal from order set down for the first day of the January term.

DERR, Appellant, v. KEARNEY, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by George Derr against Patrick H. Kearney. J. Mulholland, for appellant. J. Fettretch, for respondent.

PER CURIAM. Judgment affirmed, with costs. See 93 N. Y. Supp. 1099.

HOUGHTON, J., dissents.

(110 App. Div. 889)

DEUTSCH et al., Respondents, v. DAILY TRADE RECORD CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Samuel Deutsch and another against the Daily Trade Record Company. C. H. Broas, for appellant. H. C. Burnstine, for respondents. No opinion. Judgment affirmed, with costs, on authority of Stromberg v. Tribune Ass'n, 88 App. Div. 589, 85 N. Y. Supp. 259; Id., 178 N. Y. 610, 70 N. E. 1110—with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

DIME SAVINGS BANK OF BROOKLYN v. MARSH et al. (Supreme Court, Appellate